No. 66972.—Langfelder Homma & Carroll, Inc., and Frank P. Dow Co., Inc. *v.* United States, protest 61/4950 (Seattle).

Opinion by WILSON, J. An examination of the papers disclosing that the protest was untimely filed under section 514, Tariff Act of 1930, the motion to dismiss was granted.

BEFORE THE SECOND DIVISION, AUGUST 14, 1962

No. 66973.—American Bayard Cycle Co. et al. *v.* United States, protests 59/33232, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise 'and issues herein are similar in all material respects to those the subject of *United States* v *.Schmidt Pritchard & Co et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66974.—Seedman International Corp. *v.* United States, protests 60/4084–11349, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66975.—Daido Corporation *v.* United States, protests 60/1562, etc. (New York).